United States Bankruptcy Court
District of Colorado

IN RE: | Case No. _____
Kuhlman, Keith B. | Chapter 7
Debtor(s) | SSN: xxx-xx-**2012**

Address: **2758 Carriage Dr**
**Estes Park, CO 80517-7011**

## PAYMENT ADVICES
## §521(a)(1)(B)(iv)

I*, **Keith B. Kuhlman** (Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case (state the dates that you were not employed);

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

☒ c) I am self-employed and do not receive any evidence of payment from an employer;

☐ d) Other (Please Explain)

I declare under penalty of perjury that the foregoing statement is true and correct.
Dated this ___ day of _____, **2008**.

(Signature of Debtor)

*/s/ Keith B. Kuhlman*
Debtor

* A separate form must be filed by each Debtor