**KITCHEN & COMPANY EXCAVATORS**

18513

Employee
Keith Kuhlman, 2758 Carriage Drive, Estes Park, CO 80517

SSN       Status (Fed/State)
***-**-2012   Married/Married
Pay Period: 01/28/2008 - 02/03/2008

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 02/04/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Grading Hourly | 11.50 | 16.00 | 184.00 | 272.00 |
| Yard Hourly | 8.00 | 16.00 | 128.00 | 272.00 |
| Pit Yard | 16.00 | 16.00 | 256.00 | 256.00 |
| Sewer Hourly | 2.00 | 16.00 | 32.00 | 128.00 |
| Water & Electic Hourly | | | | 664.00 |
| | | | 600.00 | 1,592.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -52.00 | -124.00 |
| Social Security Employee | -37.20 | -98.70 |
| Medicare Employee | -8.70 | -23.08 |
| CO - Withholding | -21.00 | -55.00 |
| | -118.90 | -300.78 |

Net Pay    481.10    1,291.22

Kitchen & Company 2007, 1901 Fish Creek Road, Estes Park, Colorado 80517 970-586-2091, N.E. Kitchen, Inc.

**KITCHEN & COMPANY EXCAVATORS**

18513

Employee
Keith Kuhlman, 2758 Carriage Drive, Estes Park, CO 80517

SSN       Status (Fed/State)
***-**-2012   Married/Married
Pay Period: 01/28/2008 - 02/03/2008

Allowances/Extra
Fed-0/0/CO-0/0
Pay Date: 02/04/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Grading Hourly | 11.50 | 16.00 | 184.00 | 272.00 |
| Yard Hourly | 8.00 | 16.00 | 128.00 | 272.00 |
| Pit Yard | 16.00 | 16.00 | 256.00 | 256.00 |
| Sewer Hourly | 2.00 | 16.00 | 32.00 | 128.00 |
| Water & Electic Hourly | | | | 664.00 |
| | | | 600.00 | 1,592.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -52.00 | -124.00 |
| Social Security Employee | -37.20 | -98.70 |
| Medicare Employee | -8.70 | -23.08 |
| CO - Withholding | -21.00 | -55.00 |
| | -118.90 | -300.78 |

Net Pay    481.10    1,291.22

Kitchen & Company 2007, 1901 Fish Creek Road, Estes Park, Colorado 80517 970-586-2091, N.E. Kitchen, Inc.

(watermark: PAYMENT RECORD)

Employee: Keith Kuhlman, 2758 Carriage Drive, Estes Park, CO 80517
SSN: ***-**-2012
Status (Fed/State): Married/Married
Pay Period: 01/21/2008 - 01/27/2008
Allowances/Extra: Fed-0/0/CO-0/0
Pay Date: 01/28/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Grading Hourly | 2.50 | 16.00 | 40.00 | 88.00 |
| Yard Hourly | 9.00 | 16.00 | 144.00 | 144.00 |
| Water & Electic Hourly | 19.50 | 16.00 | 312.00 | 664.00 |
| Sewer Hourly | | | | 96.00 |
| | | | 496.00 | 992.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -36.00 | -72.00 |
| Social Security Employee | -30.75 | -61.50 |
| Medicare Employee | -7.19 | -14.38 |
| CO - Withholding | -17.00 | -34.00 |
| | -90.94 | -181.88 |

Net Pay: 405.06   810.12

Kitchen & Company 2007, 1901 Fish Creek Road, Estes Park, Colorado 80517 970-586-2091, N.E. Kitchen, Inc.

# KITCHEN & COMPANY EXCAVATORS

18489

Employee: Keith Kuhlman, 2758 Carriage Drive, Estes Park, CO 80517
SSN: ***-**-2012
Status (Fed/State): Married/Married
Pay Period: 01/21/2008 - 01/27/2008
Allowances/Extra: Fed-0/0/CO-0/0
Pay Date: 01/28/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Grading Hourly | 2.50 | 16.00 | 40.00 | 88.00 |
| Yard Hourly | 9.00 | 16.00 | 144.00 | 144.00 |
| Water & Electic Hourly | 19.50 | 16.00 | 312.00 | 664.00 |
| Sewer Hourly | | | | 96.00 |
| | | | 496.00 | 992.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -36.00 | -72.00 |
| Social Security Employee | -30.75 | -61.50 |
| Medicare Employee | -7.19 | -14.38 |
| CO - Withholding | -17.00 | -34.00 |
| | -90.94 | -181.88 |

Net Pay: 405.06   810.12


PAYMENT RECORD

Kitchen & Company 2007, 1901 Fish Creek Road, Estes Park, Colorado 80517 970-586-2091, N.E. Kitchen, Inc.