(COB Form nopd.jsp #152)(12/03)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | |
|---|---|
| Keith B. Kuhlman and Nancy L. Kuhlman<br>Debtor(s)<br>Debtor SSN/TaxId Nos.:<br>xxx−xx−2012<br>Joint Debtor SSN/Tax Id Nos.:<br>xxx−xx−7077 | Case Number.: 08−11791−SBB<br>Chapter: 7 |

Debtor(s)

aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 7/14/08 .

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 7/14/08 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:
        Clerk of the Bankruptcy Court
        U.S. Custom House
        721 19th Street
        Denver, Colorado 80202−2508

THE REVERSE OF THIS NOTICE IS A CLAIM AND MAY BE USED FOR FILING THE CLAIM HEREIN. CREDITORS WHO HAVE PREVIOUSLY FILED CLAIMS NEED NOT FILE AGAIN.

| | |
|---|---|
| Dated: 4/11/08 | s/ Charles Schlosser<br>1888 Sherman St.<br>Ste. 650<br>Denver, CO 80203 |

## Aliases Page

**Debtor aka(s):**

aka Keith Kuhlman

**Joint Debtor aka(s):**

aka Nancy Kuhlman