UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

KEITH B. KUHLMAN,
NANCY L. KUHLMAN,
Debtors,

JP MORGAN CHASE BANK NA,
Movant,

KEITH B. KUHLMAN,
NANCY L. KUHLMAN, and
Charles Schlosser,
the Chapter 7 Trustee,
Respondents.

Bankruptcy No. 08-11791-SBB
Chapter 7

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by JP MORGAN CHASE BANK NA, for Relief from Stay, no response having been received thereto by the date set in the Notice for filing of such response, it is hereby

**ORDERED** that JP MORGAN CHASE BANK NA, its predecessors, successors and assigns, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362 (d) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

> SEE EXHIBIT A ATTACHED TO THE MOTION AND INCORPORATED HEREIN BY REFERENCE

More Commonly Known as: 2758 Carriage Drive, Estes Park, CO 80517

AND such automatic stay is hereby terminated as to the above-described property and JP MORGAN CHASE BANK NA may proceed to pursue its state law rights and remedies allowed under the Note and Deed of Trust against the property.

Creditor is entitled to its reasonable attorney's fees and costs as set forth in its Motion for Relief and may collect the fees and costs as permitted by the Bankruptcy Code.

Dated  June 9, 2008

BY THE COURT:

*Sid Brooks*
United States Bankruptcy Judge

File No. 08-08531