IN THE UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In Re:

Nancy Kuhlman and Keith Kuhlman,   Case No. 08-11791
    Debtors   Chapter 7

## CANCELLATION OF REAFFIRMATION AGREEMENT

COMES NOW the Debtors and hereby give notice of their action of cancelling the Reaffirmation Agreement with Toyota Motor Credit Corporation.

_____
Nancy Kuhlman

_____
Keith Kuhlman

By: _____
Gregg H. Coffman
Gregg H. Coffman, P.C.
501 St. Vrain Lane, Suite 200
Estes Park, CO  80517
(970) 586-5566
Attorney for Debtors

FILED
BRADFORD L. BOLTON,
CLERK
2008 JUN 12 A 11:19
DISTRICT OF COLORADO

IN THE UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In Re:

| | |
|---|---|
| Nancy Kuhlman and Keith Kuhlman, Debtors | Case No. 08-11791<br>Chapter 7 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Cancellation of Reaffirmation Agreement thereof was deposited in the United States Mail on June 11, 2008, postage prepaid, addressed to:

US Trustee
999 18th St, Ste 1551
Denver, CO 80202

Charles W. Schlosser, Jr
Chapter 7 Trustee
1888 Sherman St, Ste 650
Denver, CO 80203

Toyota Motor Credit Corporation
Asset Protection Department
PO Box 2958, #WF21
Torrance, CA 90509-2958

BY: _____
Gregg H. Coffman, Reg No. 19605
Gregg H. Coffman, P.C.
501 St Vrain Ln, Ste 200
Estes Park, CO 80517
(970) 586-5566
Attorney for Debtors