Certificate Number: 01267-CO-DE-004173240

Bankruptcy Case Number: 08-11791

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on June 7, 2008 , at 2:11 o'clock PM CDT ,

Keith B Kuhlman completed a course on personal financial

management given by internet and telephone by

Money Management International, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Colorado .

Date: June 7, 2008        By    /s/Frederick Darden

                          Name  Frederick Darden

                          Title Counselor