Certificate Number: 01267-CO-DE-004173241

Bankruptcy Case Number: 08-11791

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on June 7, 2008, at 2:11 o'clock PM CDT, Nancy L Kuhlman completed a course on personal financial management given by internet and telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: June 7, 2008

By: /s/Frederick Darden

Name: Frederick Darden

Title: Counselor